IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAITLYN YOUMANS, | : | Civil No. 3:23-cv-696 |
| | : | |
| Petitioner | : | (Judge Mariani) |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF PA, *et al.*, | : | |
| | : | |
| Respondents | : | |

FILED
SCRANTON
APR 28 2023
PER _____
DEPUTY CLERK

### ORDER

**AND NOW**, this 28 day of April, 2023, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1), and in accordance with the Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's motion to proceed *in forma pauperis* is **GRANTED**. (Doc. 2).

2. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice. See R. GOVERNING § 2254 CASES R. 4.

3. The Clerk of Court is directed to **CLOSE** this case.

4. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

_____
Robert D. Mariani
United States District Judge